Form mtrnsdc

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 3 2012

JAMES W. McCORMACK, CLERK
By: /s/ _____
DEP CLERK

## MEMORANDUM

TO: Clerk, U.S. District Court

FROM: Jean Rolfs, Clerk, U.S. Bankruptcy Court

DATED: 4/3/12

Misc. Case # 4:12MC010JMM

This case assigned to District Judge **Moody**

SUBJECT: Transmittal of Bankruptcy Proceedings(s) on 4:12-ap-01028

The following bankruptcy matter(s) is/are transmitted to U.S. District Court for disposition:

☑ **Motion to withdraw reference.** See Local rule 83.1(c), Eastern and Western Districts of Arkansas; Bankruptcy Rule 5011; 28 U.S.C. § 157(d).

☐ **Appeal** (if election to district court is filed).

☐ **Designation of Record Has Not Been Filed**

☐ **Proposed findings and recommendations in non-core proceedings** (if all parties do not consent to bankruptcy judge entering final order or judgment). See 28 U.S.C. § 157(c); Bankruptcy Rules 7012(b) and 9033; Local Rules 83.1(b), Eastern and Western Districts of Arkansas.

☐ **Referred to U.S. District Court for jury trial where parties do not consent to Bankruptcy Court holding jury trial.** See 28 U.S.C. § 157(e); Bankruptcy Rule 9015(b); General Order 44 of the United States District Court for the Eastern District of Arkansas and General Order 32 of the United States District Court for the Western District of Arkansas (bankruptcy judges in this district are specially designated to conduct jury trials with the express consent of all parties.)

☐ **Other** – N/A

Name/Address of parties to receive notice of filing of order/judgement:

                        Jean Rolfs, Clerk
                        By: /s/Allison Bell
                        Deputy Clerk

Page 2 – Transmittal of Bankruptcy Matter(s) on 4:12-ap-01028

## DISPOSITION BY CLERK, U.S. DISTRICT COURT

☑ Docketed as Miscellaneous Case No. 4:12MC010JMM and assigned to Judge James M. Moody

☐ Docketed as Civil Case No. _____ and assigned to Judge _____

Clerk, U.S. District Court
Eastern District of Arkansas

## CLERK'S CERTIFICATION

I hereby certify copies of the Judge's order/judgement were mailed to the above-named parties this _____ day of _____, 20____.

Clerk, U.S. District Court
_____ District of Arkansas

By: _____
Deputy Clerk